JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JASON HARRIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OLD DOMINION FREIGHT LINE, a business entity form unknown; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-CV-02549-FMO-SHK<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Hon. Fernando M. Olguin |

USA.604185730.1/ZAA

ORDER DISMISSING CASE WITH PREJUDICE

# ORDER

Defendant Old Dominion Freight Line, Inc. ("Defendant") and Plaintiff Jason Harris ("Plaintiff") (collectively, the "Parties") filed a Joint Stipulation for Dismissal. Pursuant to the Parties' Joint Stipulation for Dismissal:

**IT IS HEREBY ORDERED THAT THIS CASE IS DISMISSED WITH PREJUDICE WITH PLAINTIFF AND DEFENDANT TO BEAR THEIR OWN ATTORNEYS' FEES AND COSTS.**

**IT IS SO ORDERED**.

Dated: September 16, 2021

/s/
Hon. Fernando M. Olguin
Judge of the U.S. District Court